Yashua Amen SHEKHEM'EL–BEY, Plaintiff–Appellant,

v.

The CITY OF NEW YORK, Correction Officer'S Benevolent Association of the City of New York Incorporated (COBA), Norman Seabrook, COBA President, Isreal Rexach, 1st Vice President of COBA, Tim Dillon, 2nd Vice President of COBA, Teresa Braxton, 3rd Vice President of COBA, Guy Anderson, Recording Secretary of COBA, Department of Correction (DOC), Arlene Ambert, Assistant Commissioner of Trials and Litigation of DOC, Carl DiCarlo, Assistant Commissioner of Trials and Litigation of DOC, Eric M. Taylor, Chief of the Department for DOC, Andrew Phoenix, Bureau Chief of DOC, Milton L. Haughton, Bureau Chief of DOC, Michael Rodriguez, Captain of Personnel Bronx House of Detention (BXHDM), Hector L. Eugui, Warden BXHDM, Elizabeth Heard, Ward

BXHDM, Michael P. Jacobson, Commissioner, City of New York, Peter Mahon, Deputy Warden for Health Management Division (HMD) of DOC, Terrence Skinner, Deputy Warden for HMD of DOC, James BIRD, Deputy Warden of HMD (DOC), Carol Bishop, Assistant Deputy Warden HMD of DOC, Tomessa Gibbs, Assistant Deputy Warden of HMD of DOC, Sharon Wynn, Captain for HMD of DOC, Sale Macchia, Captain HMD, Arthur Polite, Captain HMD, JOHN DOE #1, Captain HMD, Doctors of HMD, Dr. Herbert Kwasnick, Dr. Salvator, Dr. Sakellrida, Dr. Raul Pohorille, Dr. Villiarica, Dr. Tasso, Registered Nurse Gail Peterson, Eleanor Vernon, Elmer Toro, Deputy Commissioner of Trials and Investigations for Department of Correction, Luis R. Burgos Jr., Deputy Commissioner for Equal Employment Opportunity of the Department of Correction, Elizabeth Loconsolo, Commissioner of Investigation Division for Department of Correction, all unknown others in their individual and official capacities, Defendants–Appellees.

Docket No. 01–7770.

United States Court of Appeals,
Second Circuit.

April 24, 2002.

Yashua Amen Shekhem'El–Bey, pro se, New York, NY, for Appellant.

Fay Ng, Office of the Corporation Counsel of the City of New York (Michael D. Hess, Corporation Counsel of the City of New York, on the brief), for Municipal Appellees.

Marc Alain Steier, Koehler & Isaacs LLP, New York, NY, for Appellees The Correction Officers' Benevolent Association, Inc.

Present OAKES, JACOBS and CALABRESI, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Yashua Amen Shekhem'El Bey, *pro se* and *in forma pauperis*, appeals from an order entered by the United States District Court for the Southern District of New York (Sprizzo, J.), granting the defendants' motions for summary judgment for all claims raised in the following two actions: *El–Bey v. City of New York*, Dkt. No. 01–7770 ("El–Bey I") and *El–Bey v. City of New York*, Dkt. No. 01–0166 ("El–Bey II"). We have considered all of plaintiff's contentions on this appeal. We affirm the judgment of the district court for substantially the reasons stated in Judge Sprizzo's Memorandum and Order dated May 15, 2001.

For the reasons set forth above, the judgment of the district court is hereby AFFIRMED.